IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                      Case No. 6:13-cr-10038-JTM

BILLY J. WILSON,

        Defendant.

## MEMORANDUM AND ORDER

This matter is before the court on a letter from defendant Billy J. Wilson, dated July 21, 2016, in which he asks the court to order his immediate release to a halfway house. (Dkt. 25). Defendant is currently serving a 77-month term of imprisonment, imposed by this court in June of 2013, following his plea of guilty to a charge of bank robbery under 18 U.S.C. § 2113. Dkt. 22.

The court may not modify a term of imprisonment once it has been imposed except in very limited circumstances, such as when the Bureau of Prisons moves for a reduction based upon extraordinary and compelling reasons. 18 U.S.C. § 3582(c). Defendant's motion does not allege any basis that would give the court jurisdiction to grant the relief he requests.

**IT IS THEREFORE ORDERED** this 3rd day of August, 2016, that defendant's motion for release (Dkt. 25) is DISMISSED for lack of jurisdiction.

                                              ___s/ J. Thomas Marten_____
                                              J. THOMAS MARTEN, JUDGE